IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MUSTAFA SHAKUR KHAN EL,

    Plaintiff,

v.

MICHAEL L. CORBAT, C.E.O.,
Citigroup, Inc., CITIGROUP, INC.,
JANE FRASER, C.E.O.,
CitiMortgage, Inc., and
CITIMORTGAGE, INC.,

    Defendants.

CIVIL ACTION FILE

NO. 1:14-cv-03136-WSD-GGB

## **FINAL REPORT AND RECOMMENDATION**

Plaintiff Mustafa Shakur Khan El is seeking to proceed in forma pauperis ("IFP") in this fraud and breach of contract action. I previously denied IFP status because his financial affidavit did not show that he was unable to pay the filing fee in this case. Khan El has now submitted a series of affidavits arguing that the filing-fee requirement is unconstitutional, but he is incorrect. Nothing in the Constitution or the Supreme Court's case law prohibits a court from collecting a filing fee from litigants who are able afford one. See Miller v. Donald, 541 F.3d 1091, 1096 (11th Cir. 2008) (noting that Courts may constitutionally impose conditions such as filing fees on litigants in order to preserve scarce judicial resources).

Here, Khan El has neither paid the filing fee nor shown that he is financially unable to do so, and his most recent filings suggest that he is unlikely to do either of those things in the future. Therefore, I **RECOMMEND** that this case be closed.

IT IS SO RECOMMENDED this 16th day of October, 2014.

_Gerrilyn G. Brill_
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)